IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LEROY STEWART                                                      PLAINTIFF

VERSUS                              CIVIL ACTION NO. 5:22-cv-00086-DCB-BWR

JEFFERSON COUNTY FACILITY, et al.                            DEFENDANTS

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITHOUT PREJUDICE** for failure to obey the Court's Orders and to prosecute.

**SO ORDERED**, this 17th day of February, 2023.

                                                        s/David Bramlette
                                                        UNITED STATES DISTRICT JUDGE